MEMORANDUM OPINION




No. 04-07-00399-CV



HEB GROCERY COMPANY, L.P.,


Appellant



v.



Maria GONZALEZ and Jose Alfonso Gonzalez, Individually 


and as Next Friends of Jose Alfonso Gonzalez, Jr., A Minor,

Appellees



From the 49th Judicial District Court, Webb County, Texas


Trial Court No. 2006-CVQ-000211-D1


Honorable Raul Vasquez, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: October 31, 2007


DISMISSED

 Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of
service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2). Costs of the appeal are taxed against the party incurring
the same.

 PER CURIAM